EVA QUINN, as Administratrix of the Estate of JOHN F. QUINN, Deceased, Respondent, *v.* GLENN R. ECKELS, Appellant.

*Negligence — motor vehicles — driver of auto-truck struck by automobile approaching from rear while he was engaged in lighting his rear light.*

*Quinn* v. *Eckels*, 209 App. Div. 890, affirmed.

(Argued January 30, 1925; decided February 25, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 12, 1924, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff's intestate through the negligence of defendant. It was alleged that plaintiff's intestate, on the day of the accident, was returning to Brooklyn with an empty truck, and at about five-thirty P. M. was on the Merrick road near Rockville Center. He was traveling west and on the north side of the road. It was dark at the time and some rain was falling. The tail light of his truck had gone out, and he drew his truck close to the curb on the north side of the road and went to the rear and left-hand side of the same and was engaged in lighting the rear light, when he was struck from the rear by an automobile driven by the defendant and received the injuries which caused his death.

*E. C. Sherwood* and *Clarence S. Zipp* for appellant.
*Ralph G. Barclay* and *Louis Rothbard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.